Date: 11/23/09          DIVIDENDS REMITTED TO THE COURT     # 149517      Page:

Case Number 08-19361 - FADORSEN, GREG KEITH

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701<br>   ACCOUNT NO. 1009 | 000013 | 1,316.68 | 2.82 #114 |
| CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091<br>   ACCOUNT NO. 4564 | 000016 | 241.91 | 0.52 #117 |
| CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091 | 000017 | 1,737.10 | 3.73 #118 |
| AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19366-0701 | 000019 | 1,000.00 | 2.14 #120 |

---------- Remittance Total ---------------        4,295.69      9.21

_____
RICHARD A. BAUMGART, Trustee

COURT1                      Printed: 11/23/09 08:53 AM     Ver: 15.02

08-19361-rb    Doc 39    FILED 12/14/09    ENTERED 12/14/09 17:21:39    Page 1 of 1